UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Donnie Sims,

     Plaintiff,

v.                                                                    Case No.  14-13381

Federal Home Loan Mortgage,                          Honorable Sean F. Cox
Corporation, *et al.*,

     Defendants.
_____/

### ORDER ADOPTING
### 5/20/15 REPORT AND RECOMMENDATION

     Plaintiff filed this action asserting claims against two Defendants.  Defendants removed

the action to federal court on September 2, 2014.

     On October 10, 2014, Defendants filed a Motion to Dismiss.  (Docket Entry No. 5).  That

motion was referred to Magistrate Judge Steven Whalen for a Report and Recommendation.

     On May 20, 2015, Magistrate Judge Whalen issued a Report and Recommendation

(Docket Entry No. 7) wherein he recommends that the Court grant Defendants' Motion to

Dismiss.

     Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

party has filed objections to the R&R.  The Court hereby ADOPTS the May 20, 2015 R&R.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED and

Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  June 12, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on
June 12, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2